FILED

12/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0278

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0278

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

DANIEL HUNTER FLANSBURG,

    Defendant and Appellant.

O R D E R

_____

Appellant Daniel Hunter Flansburg appeals from the Sentencing Order and Judgment of the Eighth Judicial District Court, Cascade County, in its Cause No. BDC-19-097. Flansburg argues the District Court erred by failing to give him credit for 169 days served because it calculated his time from the wrong start date.

The State has filed a Notice of Concession that this matter should be remanded to the District Court for the purpose of entering an amended sentence and judgment. The State agrees that in this case the District Court erred in failing to give Flansburg credit for sufficient days served and that Flansburg is due credit for an additional 169 days.

Based on Flansburg's opening brief and the State's concession, and good cause appearing,

IT IS HEREBY ORDERED that this case is REMANDED to the Eighth Judicial District Court, Cascade County, with instructions for the District Court to amend its Judgment and Commitment to give Flansburg credit for an additional 169 days served.

IT IS FURTHER ORDERED that the remainder of this appeal is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that REMITTITUR shall issue IMMEDIATELY UPON REMAND.

The Clerk is directed to provide copies of this Order to all counsel of record and to presiding judge Honorable Elizabeth A. Best.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 8 2023